**Order entered December 15, 2022**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00664-CV

### IN THE MATTER OF J.H.D., A JUVENILE

**On Appeal from the 417th Judicial District Court
Collin County, Texas
Trial Court Cause No. 417-70487-2019**

### ORDER

Before the Court is appellant's December 7, 2022 motion seeking a third thirty-day extension of time to file his opening brief. We **GRANT** the motion **ONLY TO THE EXTENT** that we extend the deadline to **December 29, 2022**. We caution appellant that no further extension will be granted and failure to file a brief on or before December 29, 2022 may result in dismissal of the appeal for want of prosecution without further notice. *See* TEX. R. APP. P. 38.8(a)(1).

/s/     BILL PEDERSEN, III
JUSTICE